584

441 A.2d 785

Commonwealth v. Pelzer, Appellant.

Submitted December 5, 1980. Michael DeFino, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

The judgment of sentence of February 14, 1980, is affirmed.

441 A.2d 785

Commonwealth v. Scotti, Appellant.
Petition for Allowance of Appeal Denied May 26, 1982.

Argued May 28, 1981. Juanita Hester, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

We affirm on the thorough opinion of Judge Richard S. Lowe of the Montgomery County Court of Common Pleas.

WIEAND, J., concurred in the result.